UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL SALAS,

        Plaintiff,

    v.

MICHAEL GOMEZ, et al.,

        Defendants.

Case No. 14-cv-01676-JST (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR CLERK TO RE-ISSUE SUMMONS**

Re: Dkt. No. 15

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 25, 2014, plaintiff filed a request for the United States Marshal to re-issue summons for defendant Robert Rias stating this defendant was misidentified, and the correct spelling for this defendant is Robert Reyes.

Plaintiff's request is GRANTED. The Court hereby orders as follows:

The Clerk shall re-issue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the complaint in this matter (docket no. 1), all attachments thereto, a copy of the Court's July 9, 2014 order of service, and copy of this order on defendant Robert Reyes at Pelican Bay State Prison, PO Box 7000, Crescent City, CA 95531-7000.

The Clerk is further directed to correct the spelling of the name of defendant Robert Reyes on the court docket by substituting "Reyes" for "Rias."

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: August 27, 2014

                                                                   JON S. TIGAR
                                                                United States District Judge