UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL SALAS,

    Plaintiff,

  v.

MICHAEL GOMEZ, et al.,

    Defendants.

Case No. 14-cv-01676-JST (PR)

**ORDER DIRECTING PLAINTIFF TO ATTEND DEPOSITION**

    Plaintiff, a state prisoner incarcerated at Pelican Bay State Prison ("PBSP), filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983 alleging that PBSP officials and staff have impeded his efforts to practice his Jewish religion.  On July 9, 2014, the Court screened plaintiff's complaint and found that, liberally construed, it stated cognizable claims under § 1983 for violations of plaintiff's First Amendment religious freedom, RLUIPA, and Eighth Amendment rights.  The Court ordered service on twelve defendants at PBSP.  Defendants' summary judgment motion is due on or before February 6, 2015.

    Counsel for defendants, Janelle M. Smith, has informed the Court that she is currently at PBSP to take plaintiff's deposition, which was properly noticed for this date.  According to Ms. Smith, plaintiff is refusing to attend his deposition without a court order.  Accordingly, plaintiff is hereby ORDERED to testify and answer questions today, pursuant to the notice of deposition, even if he is not represented by counsel.  See Fed. R. Civ. Proc. 37(a).  If he does not, his complaint will be dismissed.

    The Clerk of Court shall send a copy of this order to Ms. Smith at the facsimile number she has provided, prior to 12:00 p.m. today.

    **IT IS SO ORDERED.**

Dated: January 23, 2015

_____
JON S. TIGAR
United States District Judge