UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RAFAEL SALAS,

    Plaintiff,

v.

MICHAEL GOMEZ, et al.,

    Defendants.

Case No. 14-cv-01676-JST (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on January 27, 2017 at Pelican Bay State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Rafael Salas.

    (   ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Jill O'Brien.

    (   ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.

    (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1  ( ) The parties are unable to reach an agreement at this time.

2  **IT IS SO ORDERED.**

3  Dated: January 27, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br>        Plaintiff,<br><br>v.<br><br>MICHAEL GOMEZ, et al.,<br>        Defendants. | Case No. 14-cv-01676-JST  (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rafael Salas ID: #:G-55918
Pelican Bay State Prison
P.O. Box 7500, Unit#: A-6, Cell#:129
Crescent City, CA 95531-7500

Dated: January 30, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3